IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SAMANTHA ROOP,
    Plaintiff,
        v.                              Civil No. 3:21cv675 (DJN)

NICHOLAS JAMES DESOUSA,
    Defendant.

## VERDICT FORM

We, the jury, find in favor of the Plaintiff and award damages to her as follows:

Undisputed Injuries:

Past Medical Expenses:    $35,216.00

Other Damages based on categories 1-4 in Instruction 2:  $70,000

Pre-judgment Interest:

We award pre-judgment interest (circle one):    Yes  or  **(No)**

If you circled yes, the date on which the prejudgment interest should begin:

_____

If you circled no, you should not write in a date.

/s/ REDACTED

Date: 9/14/2022