AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------------------
Richmond Division

SAMANTHA ROOP,

    Plaintiff,

v.

NICHOLAS JAMES DESOUSA

    Defendant.

**JUDGMENT IN A CIVIL CASE**
Case number: 3:21cv675 (DJN)

[X] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Plaintiff, Samantha Roop, is awarded damages in the amount of 105,216.00 with no pre-judgment interest.

March 10, 2023
Date

FERNANDO GALINDO,
Clerk

Cheryl N. Garner
(By) Deputy Clerk